[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

FC

RECEIVED
JUN 24 2024 JXM
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Plaintiff Latasha Love )
)
)
v. )
A safe place )
)
Defendant )
)
)
)

United States District Court
Northern District of Illinois

1:24-cv-05257
Judge Sunil R. Harjani
Magistrate Judge Beth W. Jantz
RANDOM/CAT. 1

## COMPLAINT

On the Wednesday of May 15, 2024 I recieved Domestic Violence shelter from A safe Place DV. I was checked into the Extended Stay Hotel under the name Latasha Odom-Lowe in a room. I was assigned an DV advocate named charles that only worked from 11pm to 7 Am. My first week there I wasn't given an appointment to get laundry soap, clothes, personals, or Bus fare and neither was I reviewed by Charles my advocate. I had to use my personal Venture Card until all my monies were

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Latasha Lowe

        Plaintiff

A safe Place

        Defendant

**United States District Court**
**Northern District of Illinois**

## COMPLAINT

Exhausted. Because of my medication being taken from a car accident. I had to therefore request all new refills at the Walgreens in Gurnee I asked if I could get a bus card but I was told that I could only obtain a Bus Card from my advocate which was off for a few days when I arrived I was told that I could get a Uber only for pharmacy or hospital emergency. So I requested to obtain an Uber which had to be Approved prior to. So I was taken to the Walgreens by Uber one way so after picking up a few medications I was not given an Uber on the way back from Walgreens and my cell phone

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Case: 1:24-cv-05257 Document #: 1 Filed: 06/24/24 Page 3 of 7 PageID #:3

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Latasha Lowe )
 )  United States District Court
 )  Northern District of Illinois
Plaintiff )
 )
v. )
 )
A Safe Place )
 )
Defendant )

## COMPLAINT

was disconnected at the time, so I couldn't call a safe place to request an Uber back to the extended stay. I also informed them that my cell phone was disconnected and that I needed to make personal phone calls. When I got checked in they told me I was OK to use the Hotel Phone. So upon leaving the Walgreens with my prescriptions I tried to catch the Pace Bus back without a bus card or money but I couldn't. I had to use my personal Venture card back to A safe place at the Extended Stay. I also asked for food and an Uber to the grocery store and I was given noodles peanut butter Jelly and a few packs of Instant oatmeal. I was told that I couldn't get an Uber to the grocery store either. So my second week I finally

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Latasha Lowe

Plaintiff

A safe Place

Defendant

United States District Court
Northern District of Illinois

## COMPLAINT

had my meeting with Charles which was after 11:30pm I signed some consent forms electronically and I was given one venture card and twenty dollars and some Tide pods and some personals (toothpaste, comb, deordant) after that I seen my advocate no more at all no matter how many times I called after 11:00pm so I never recieved any other bus cards (venture) or laundry soap or money to wash my belongings and when ever I called the other shifts for different reasons I was told to wait and they would find out and get back to me. Another day I requested to get a uber to the Hospital at the end of may I was told that I had to call 911 and let the ambulance pick me up infront of Extended stay on my insurance I believe since they didn't call the ambulance for me. So whenever I was discharged from the Cordell Advocate Hospital I requested to get a Uber back

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Case: 1:24-cv-05257 Document #: 1 Filed: 06/24/24 Page 5 of 7 PageID #:5

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Latasha Lowe )
) **United States District Court**
Plaintiff ) **Northern District of Illinois**
)
v. )
)
A Safe Place )
Defendant )

**COMPLAINT**

I was told to wait for approval then as well so they provided the Uber from being discharged. On the Friday I asked for a bus card to go to the Metra station in Wakegen so I could go to Chicago because I need to go to the storage and file a stolen car police report and I was denied of the Uber and the Ventrana card to get clothes and personals. One excuse was I had to get this from Charles my advocate so I was denied until I talked with Charles so after begging the Metra Train conductor for a ride to Chicago for free once I got back I called a safe place for an Uber back to Extended stay an I had to wait again for approval at 2:30 AM and I was told that I had did some bad planning and to call the Crisis hotline for Domestic Violence they provided me the Uber and I was back at the Extended stay Hotel at 3-4 AM. The other time

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Latasha Lowe

Plaintiff

v.

A Safe Place

Defendant

)
)
)
)
)
)
)
)
)
)

United States District Court
Northern District of Illinois

## COMPLAINT

Sunday June 1, 2024 I went into the Hospital at Cordell Advocate and I was there from Sunday night until Thursday afternoon June 5, 2024 I went up to my Extended Stay Hotel room I was told that I was checked out of the program and that all spaces had been filled to Compass Hy I informed the lady that I was in the Hospital from the Sunday Until Thursday and she then said that I also hadn't been meeting with Charles my advisor faithfully. Then she said if they don't hear from me in 48 hours then they checked you out of your hotel room and then she said I knew you were in the hospital but we still didn't hear from you in 48 hour they check you out and she told me to call numbers in a panflet for another shelter I asked is there anybody who could let me stay in the program to Her he stay so when I got in my room I was told that I could only stay that night and I would have to check out

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Case: 1:24-cv-05257 Document #: 1 Filed: 06/24/24 Page 7 of 7 PageID #:7

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Latasha Love )
)
Plaintiff )
)
v. )
)
A safe Place )
Defendant )

**United States District Court**
**Northern District of Illinois**

## COMPLAINT

At 11:00AM so upon calling all the numbers they gave me and couldn't find a shelter. So when I had my bags all packed Friday morning June 7 2024 I asked for a Uber to chicago and I was told to get approved to wait so they said they could only give me a ride to the metra station in Waukegan so I could get back to chicago and a ventrua card But they didnt supply that fare that I have to pay to ride the metra back to chicago just some money on the bus once I made it to chicago

Latasha L Love    June 24, 2024